UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YUCAIPA AMERICAN ALLIANCE
FUND I, LLC,

           Plaintiff,

v.

WALSH WESTERN INTERNATIONAL GROUP
(now known as syncreon International Group),

           Defendant.

**JUDGE STEIN**

**08 CV 7445**

08 Civ. _____ ( )

**FRCP 7.1 STATEMENT**

RECEIVED AUG 22 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for American Alliance Fund I, LLC, a Delaware limited liability company ("Yucaipa") certifies that no publicly held corporations own 10% or more of Yucaipa's stock.

Dated:  August 22, 2008
        New York, New York

                              LATHAM & WATKINS LLP

                              By: _____
                                    Christopher R. Harris

                              885 Third Avenue
                              Suite 1000
                              New York, New York 10022-4802
                              (212) 906-1200

                              Attorneys for Plaintiff
                              Yucaipa American Alliance Fund I, LLC